## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| ERIC MENDOZA, | NO. 07-19918 |
| DEBTOR | JUDGE: Cox |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS

As you know, our firm represents Wells Fargo Bank N.A., as Trustee c/o Ocwen Loan Servicing, LLC in your Chapter 13 Case Number 07-19918. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt:

| | | |
|---|---|---|
| 12/10-01/11 monthly payments at $1,406.67 each | = $ | 2,813.34 |
| TOTAL | = $ | 2,813.34 |

Respectfully submitted,

 /s/ Todd J. Ruchman
Attorney for Wells Fargo Bank N.A., as Trustee c/o Ocwen Loan Servicing, LLC

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC #06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
07-3248D
Attorneys for Movant

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**